**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| INCIPIO TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Court No. 19-00097 |
| UNITED STATES, | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of plaintiff's Consent Motion to Amend the Scheduling Order, ("Consent Motion") and upon due deliberation, it is hereby

**ORDERED** that plaintiff's Consent Motion is granted; and it is further

**ORDERED** that the following amended schedule is hereby adopted:

1. Dispositive motions, if any, shall be filed by June 15, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

2. If no dispositive motions are filed, a request for trial shall be filed no later than July 21, 2026, and shall be accompanied by a proposed Order Governing Preparation for Trial (prepared in consultation with opposing counsel) and submitted in the standard format provided by the Court.

3. If necessary, trial shall begin at a time and place ordered by the Court.

_____
Claire R. Kelly, Judge

Dated: This ___ day of _____, 2026
        New York, New York

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| | : | |
| INCIPIO TECHNOLOGIES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 19-00097 |
| UNITED STATES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>CONSENT MOTION TO AMEND THE SCHEDULING ORDER</u>

Pursuant to USCIT Rules 1, 6, 7, 16, and 56, Plaintiff, Incipio Technologies, Inc. ("Plaintiff" or "Incipio"), hereby moves this Court to amend the scheduling order in this action to extend outstanding deadlines by approximately 60 days.  This is the sixth request to extend dates in the scheduling order.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule."  *POSCO*, *et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b))).

Good cause exists for the requested amendment to the Scheduling Order. Due to lapses in government funding, the parties have not been able to advance the case as far as anticipated. Nevertheless, the parties have been actively engaged in discussions concerning the possibility of resolution of this action without further litigation. The plaintiff has provided the defendant with detailed data concerning the fabrication and material composition of items at issue in this case, including additional representative samples. Additionally, plaintiff has provided the defendant with a proposed Stipulation. Given these ongoing exchanges of information, the parties require additional time for their attempts to reach a potential resolution. The proposed amendments to the Scheduling Order will promote judicial efficiency and conserve party resources by affording the parties additional time to explore such a resolution without requiring the submission of summary judgment briefing, which may ultimately prove to be unnecessary.

On April 10, 2026, counsel for plaintiff conferred with Beverly Farrell, Esq., counsel for defendant, who has consented to the relief sought in this motion.

For the foregoing reasons, plaintiff respectfully requests that this motion be granted and that the pending scheduling order deadlines be amended as set forth in the annexed proposed order.

Respectfully submitted,

By:    /s/ Heather Litman
       Heather Litman

       GRUNFELD DESIDERIO, LEBOWITZ
       SILVERMAN & KLESTADT LLP

Dated: April 10, 2026          707 Wilshire Blvd., Suite 4150
Los Angeles, CA                Los Angeles, CA 90017
                               (213) 624-1970
                               hlitman@gdlsk.com
                               *Attorneys for Plaintiff*

3