## UNITED STATES COURT OF INTERNATIONAL TRADE

INCIPIO TECHNOLOGIES, INC.,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**Before: Claire R. Kelly, Judge**

**Court No. 19-00097**

### AMENDED SCHEDULING ORDER

Upon consideration of Plaintiff's consent motion to amend the scheduling order, see ECF No. 35, and good cause having been shown pursuant to U.S. Court of International Trade Rule 6(b), it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the scheduling order dated February 17, 2026, see ECF No. 34, is amended as follows:

1. Dispositive motions, if any, shall be filed on or before Monday, June 15, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion;

2. If no dispositive motions are filed, a request for trial shall be filed on or before Tuesday, July 21, 2026, and shall be accompanied by a proposed order governing preparation for trial (prepared in consultation with opposing counsel), and submitted in the standard format provided by the Court; and

Court No. 19-00097                                                                 Page 2

    3.     If necessary, trial shall begin at a time and place ordered by the Court.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:     April 13, 2026
New York, New York